Richard D. Monkman
Samuel E. Ennis
Sonosky, Chambers, Sachse,
    Miller & Munson, LLP
302 Gold St., Suite 201
Juneau, Alaska 99801
Telephone:    907.586.5880
Facsimile:     907.586.5883

Michael F. Madden
Bennett Bigelow & Leedom, P.S.
1700 Seventh Ave., Suite 1900
Seattle, Washington 98101
Telephone:    206.622.5511
Facsimile:     206.622.8986

Counsel for Plaintiffs

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ALASKA NATIVE TRIBAL HEALTH CONSORTIUM and SOUTHCENTRAL FOUNDATION, <br><br> Plaintiffs, <br><br> vs. <br><br> PREMERA BLUE CROSS, d/b/a PREMERA BLUE CROSS BLUE SHIELD OF WASHINGTON AND ALASKA <br><br> Defendant. | Case Nos. <br> 3:12-cv-00065-HRH and <br> 3:12-cv-00165-RRB (Consolidated) |

## DECLARATION OF PAUL ADAMS

PAUL ADAMS states and affirms as follows:

DECLARATION OF PAUL ADAMS
*ANTHC v. PREMERA BLUE CROSS*
Case No. 3:12-cv-00065-HRH and 3:12-cv-00165-RRB (Consolidated)                    Page 1 of 11

Case 3:12-cv-00065-HRH   Document 79-2   Filed 01/17/14   Page 1 of 38   Exhibit B Page 1 of 38

1.      I am not a party to this action. I have personal knowledge of the facts set forth in this Declaration, except as to those facts known to me on information and belief, and if called as a witness, I could and would testify as follows.

2.      I have been retained by Alaska Native Tribal Health Consortium ("ANTHC") to provide litigation support in the ANTHC v. Premera Blue Cross ("Premera") matter.

3.      I am a Director within the Healthcare Consulting Group at Moss Adams, LLP ("Moss Adams") and have worked in the healthcare industry for the past 33 years. In part, Moss Adams provides consulting and expert witness services to a national clientele including but not limited to, health maintenance organizations (HMO), integrated delivery networks (IDN), independent physician associations (IPA), hospitals, physicians and medical groups.

4.      A copy of my curriculum vitae is attached under Exhibit A.

5.      I have worked for or provided business advisory and support services to payers such as health plans, health systems and other risk based organizations. In this role, most of my work supports these organization's Claim, Audit, and Contracting departments.

6.      I have decades of personal experience adjudicating and auditing claims to non-contracted hospitals and physicians.

7.      I have extensive experience analyzing, implementing, and utilizing databases that contain Usual Customary and Reasonable ("UCR") rates.

DECLARATION OF PAUL ADAMS
*ANTHC v. PREMERA BLUE CROSS*
Case No. 3:12-cv-00065-HRH and 3:12-cv-00165-RRB (Consolidated)                    Page 2 of 11

8.     I have provided litigation support services and expert witness testimony in numerous litigation matters. Subject matters include but are not limited to:

- o   Payer reimbursement and audit industry standards

- o   Hospital and provider billing

- o   Hospital and provider contract disputes

- o   Reasonable and customary reimbursement rates for non-contracted providers

## DOCUMENTS REVIEWED

9.     In the *ANTHC v. Premera* matter, I have been asked to review numerous documents.  A list of the documents I considered in reaching my opinions is recorded below:

- •   Approximately 500 detailed Explanation of Payments ("EOPs") for claims billed by ANTHC and paid by Premera.

- •   ANTHC's responses to Premera's discovery requests.

- •    Premera's responses to ANTHC's discovery requests.

## BACKGROUND

10.     I understand that Premera is arguing that it is only obligated to pay "Usual Customary and Reasonable" amounts for ANTHC services. The phrase "Usual Customary and Reasonable" (UCR) refers to the amount of insurance companies like Premera use as a base to determine payment for covered services under a health insurance policy or health plan.

DECLARATION OF PAUL ADAMS
*ANTHC v. PREMERA BLUE CROSS*
Case No. 3:12-cv-00065-HRH and 3:12-cv-00165-RRB (Consolidated)                                    Page 3 of 11

Case 3:12-cv-00065-HRH   Document 79-2   Filed 01/17/14   Exhibit B Page 3 of 38

11.     The main challenge for providers paid under the UCR reimbursement method is to understand how the rates are calculated and what data sources are considered in the calculation.  There is no industry standard or industry accepted UCR database.  Health plans customarily purchase third party UCR databases, utilize industry standard reimbursement methodologies (e.g., Diagnosis Related Grouping), or attempt to develop a UCR database of their own.  Often, this results in systemic underpayments because the insurance company's UCR determination method is flawed.

12.     For example, the American Medical Association ("AMA") legally challenged the Ingenix UCR methodology on the grounds that the UCR methodology was manipulated by health insurance companies to underpay health care providers.  The AMA negotiated a favorable settlement to their lawsuit.[1]  As part of the settlement, then-New York Attorney General Andrew Cuomo required the defendant insurance companies to agree to create an independent database that would be used to determine UCR rates.[2]

13.     Premera's  responses to ANTHC's discovery requests indicate that it does not use an independent database to calculate its payment rates.  Instead, Premera apparently creates and uses its own database for Alaska rates.  The sources of data included in the

---

[1] *American Medical Association v. United Health Care Corp., et al.*, Master File No. 00 Civ. 2800 (LMM) (S.D. N.Y. 2000); http://www.ama-assn.org/ama/pub/physician-resources/practice-management-center/practice-operations/practice-analytics/ucr-fair-health.page

[2] http://www.lexisnexis.com/legalnewsroom/insurance/b/medicalinsurance/archive/2010/09/21/final-approval-granted-in-350-million-settlement-with-united-in-reimbursement-dispute.aspx

DECLARATION OF PAUL ADAMS
*ANTHC v. PREMERA BLUE CROSS*
Case No. 3:12-cv-00065-HRH and 3:12-cv-00165-RRB (Consolidated)                    Page 4 of 11

database and the methods of calculating Premera's payment rates are not explained in Premera's discovery responses. Premera's database has the same flaws as the Ingenix challenged by the AMA and Attorney General Cuomo: it is opaque and easily subject to manipulation by Premera to the detriment of providers.

## FINDINGS

**In many instances, Premera's UCR rates are nothing more than a consistent percentage discount off of billed charges.**

14.  I understand that after the termination of the ANTHC-Premera facility agreement, Premera has asserted that ANTHC claims are paid in accordance with the terms of an Alaska Division of Insurance regulation, 3 AAC 26.110. Premera repeated that assertion in its discovery responses that I reviewed.

15.  Based on my experience and knowledge of industry practices, UCR databases have separate and unique rates for each procedure. In my review of Premera non-contracted outpatient payments to ANTHC, I encountered a large number of UCR calculations that consistently result in an "allowed amount" of 86% of ANTHC billed charges. The "allowed amount" is the discounted amount that Premera considers as the base for payment, after which it further reduces ANTHC's billed charge by subtracting policy deductibles and out-of-network discounts. Those additional reductions are uniformly significant. The following are representative examples:

- Ex. B. Premera determined its allowable rate to be 86% of ANTHC's billed charges of $8,157.90 and first reduced the "allowed amount" by 14% to $6,999.48. Premera then reduced ANTHC's billed charges by subtracting an additional 60% out-of-network coinsurance amount. This is an extraordinarily high out-of-network co-

DECLARATION OF PAUL ADAMS
*ANTHC v. PREMERA BLUE CROSS*
Case No. 3:12-cv-00065-HRH and 3:12-cv-00165-RRB (Consolidated)                     Page 5 of 11

Case 3:12-cv-00065-HRH   Document 79-2   Filed 01/17/14   Page 5 of 36   Exhibit B Page 5 of 38

insurance amount. The coinsurance reduction as determined by Premera is 300% higher under the out-of-network benefit. After the allowable rate reduction and the out-of-network reduction, Premera only paid 34% of ANTHC's billed charges for this claim, or $2,799.79. (Exhibit B).

- Ex. C. In this example, the enrollee and the procedures billed by ANTHC are completely different from Exhibit B. However, Premera still determined its allowable rate to be 86% of ANTHC's billed charges of $4,705.01 and thus reduced the "allowed" charges by 14% to $2,352.48. Premera then reduced ANTHC's billed charges by assessing a 50% out-of-network "coinsurance" deduction. After the UCR reduction and the high out-of-network coinsurance assessment, Premera only paid $2,352.48, or 51% of ANTHC's billed charges. (Exhibit C)

- Ex. D. In this example, the procedures billed by ANTHC are completely different from Exhibit B and C. However, Premera again determined its allowable rate to be 86% of ANTHC's billed charges of $7,176.50 and again reduced the "allowed" charges by 14% to $6147.45. Premera then reduced ANTHC's billed charges by assessing a 50% out-of-network "coinsurance" deduction. Again, this is a very high co-insurance reduction. After its allowable rate reduction and the high out-of-network coinsurance assessment, Premera only paid $3,078.70, or 43% of ANTHC's billed charges. (Exhibit D)

- Ex. E. In Premera's responses to ANTHC's discovery requests, the Premera spreadsheet (PRE_ANTHC 000057) lists the reimbursement method for Exhibits B – D at "80th Percent of Charges." UCR databases have separate and unique rates for each procedure. Based on my experience and knowledge of insurance and health care industry practices, it is simply not credible that the prevailing Alaska rate for each procedure code, across the board, is 86% of ANTHC's billed charges. This appears to be an arbitrary reduction. Premera's discovery responses do not explain how it reached this number. (Exhibit E)

**Premera is incorrectly using a DRG base calculation to determine payment rates on inpatient claims.**

16. Diagnosis Related Grouping (DRG) is a payment methodology used by Medicare and other payers for the reimbursement of inpatient hospital claims. Unless otherwise specified in a contract, DRGs are only used to reimburse claims for Medicare and Medicare Advantage members and providers. DRG groupings and DRG weights have no relationship whatsoever to the reasonableness of ANTHC's billed charges. When

DECLARATION OF PAUL ADAMS
*ANTHC v. PREMERA BLUE CROSS*
Case No. 3:12-cv-00065-HRH and 3:12-cv-00165-RRB (Consolidated)                    Page 6 of 11

Case 3:12-cv-00065-HRH   Document 79-2   Filed 01/17/14   Page 6 of 38

reviewing the spreadsheet that was part of Premera Blue Cross' responses to ANTHC's discovery requests, I was surprised to see DRG weights utilized to determine its allowable rate. This is entirely inappropriate and is not in accordance with industry standards.

16.    The following examples illustrate how Premera's DRG/Allowable Rate (DRG/AR) methodology results in significant financial benefit for Premera, without any relation to whether ANTHC's billed charges for a given service are or are not reasonable:

- Ex. F. The billed charge is $83,718. Premera first lowers the ANTHC billing rate by $20,765 using their DRG/AR methodology. Then, Premera applies an out of network co-insurance reduction of $37,772, or 60% of the DRG/AR amount. Premera ends up paying 30% of ANTHC's billed charges, or $25,181.38. But, while Premera assesses a high out-of-network co-insurance, its Explanation of Payment (EOP) contains remark code 741, which states "Charges for this service have been combined into the primary procedure based on the provider contract." This remark code is only applicable to in-network providers that have agreed to charge amounts by contract – in which case, the out-of-network deductible would not apply. Essentially, Premera is referencing an in-network contract to lower the "allowed amount," while simultaneously assessing a large out-of-network (non-contracted) co-insurance deduction to lower the remaining balance. I have reviewed the ANTHC/Premera Facility Agreement that was previously in effect, and do not find see any reference to the DRG/allowable rate approach employed here. (Exhibit F)

- Ex. G. The billed charge is $90,601. Premera lowers the ANTHC billed charges by $30,630, again using the DRG/AR methodology. Unlike Exhibit F, Premera does not apply any coinsurance reduction and ends up paying 61% of ANTHC's billed charges, or $54,971.23. Once again, their EOP contains remark code 741 which says "Charges for this service have been combined into the primary procedure based on the provider contract." I have reviewed the ANTHC/Premera Facility Agreement that was previously in effect, and do not find see any reference to the DRG/AR approach employed here. (Exhibit G)

- Ex. H. The billed charge is $102,074. Premera first lowers ANTHC's billed charges by $68,093 using its DRG/AR methodology, and then applies an out of network co-insurance reduction of 50% to the remainder. Ultimately, Premera

DECLARATION OF PAUL ADAMS
*ANTHC v. PREMERA BLUE CROSS*
Case No. 3:12-cv-00065-HRH and 3:12-cv-00165-RRB (Consolidated)                    Page 7 of 11

Case 3:12-cv-00065-HRH   Document 79-2   Filed 01/17/14   Page 7 of 38   Exhibit B Page 7 of 38

paid ANTHC only $16,990 or 17% of ANTHC's billed charges. And, while Premera assessed a high out-of-network co-insurance rate, once again their EOP contains remark code 741 which says "Charges for this service have been combined into the primary procedure based on the provider contract." As in Exhibit F, Premera's DRG/AR calculation is not based on a contract, and if it were, applying an out-of-network co-insurance amount would be inappropriate. Premera's methods of calculation are internally inconsistent. (Exhibit H)

17.     There is no explanation in Premera's discovery responses about how it reached the "UCR" or "DRG/AR" figures which it applies to ANTHC's bills. There is no industry standard, independent database for Alaska inpatient or outpatient hospital charges. In other similar situations, insurance companies have been alleged to have manipulated their "UCR" figures to their financial advantage and to the detriment of health care providers. Here, Premera has implemented an internally inconsistent and questionable inpatient methodology that appears to have little to do with the reasonableness of ANTHC's charges billed, that is financially damaging to ANTHC, and that is to Premera's great financial advantage.


**Premera deviates from industry standards when it withholds payment on ANTHC Third Party Liability – Subrogation claims.**

18.     It is standard operating procedure for payers to send out questionnaires and withhold payment when they believe a patient has other insurance coverage. In these situations, the Payer needs the other insurance information (e.g., coverage dates, amount paid by other insurance, etc.) to accurately pay the claim. It is appropriate to withhold payment on this type of claim because you need the member to respond. This is referred to as Coordination of Benefits (COB).

DECLARATION OF PAUL ADAMS
*ANTHC v. PREMERA BLUE CROSS*
Case No. 3:12-cv-00065-HRH and 3:12-cv-00165-RRB (Consolidated)                    Page 8 of 11

Case 3:12-cv-00065-HRH   Document 79-2   Filed 01/17/14   Page 8 of 38   Exhibit B Page 8 of 38

19.     In another common situation, an enrollee may be injured – in an automobile accident, for example – and a third party or that party's insurer (e.g., Allstate, Farmers) may be responsible to reimburse the primary payer (e.g., Premera). These are referred to as Third Party Liability (TPL) or Subrogation cases. In these instances, the industry standard is to Pay and Chase. In other words, the primary payer pays the provider and then seeks recovery from the responsible third party or that party's insurer. In these situations, Premera should pay ANTHC upfront and pursue whatever information it needs to assess the third party on its own.

20.     In my review of hundreds of EOPs and payments, I saw many examples where Premera apparently withheld payments on bills that appear to be related to an injury. The following example illustrates this practice:

- Ex. I.  ANTHC billed $60,649 for an inpatient admission through the emergency room. The claim appears to be related to an injury. Premera requested information from the patient but the information apparently was not provided. Premera did not pay ANTHC anything on this claim. Based on industry standards, Premera should have paid the claim and then "chased" the patient for information and the responsible third party for any subrogated amounts (Exhibit I).

21.     Premera's approach to "pay and chase" is particularly damaging to ANTHC, as Indian Health Service beneficiaries are not personally responsible for the costs of health services obtained through ANTHC and other IHS programs. The patient has no incentive to assist his or her insurance company, and may just ignore a form letter sent through the mail. This allows Premera to escape making any payment on the claim.

DECLARATION OF PAUL ADAMS
*ANTHC v. PREMERA BLUE CROSS*
Case No. 3:12-cv-00065-HRH and 3:12-cv-00165-RRB (Consolidated)                    Page 9 of 11

Case 3:12-cv-00065-HRH   Document 79-2   Filed 01/17/14   Page 9 of 36   Exhibit B Page 9 of 38

## CONCLUSIONS

22.     My review has established that Premera reimburses ANTHC for health services provided to Premera's insures based on a system that is to its financial advantage and that does not follow industry standards.


23.     If ANTHC rates were unreasonable, I would expect Premera to provide the following support. This information is necessary to justify Premera's claims:

- Geographic profiling by provider for similar services
- Charges categorized by percentiles
- Allowable rate for each CPT code (Professional Services)
- Allowable rate by Case Rate, DRG, Revenue Code, etc., (Hospital Services)
- Industry standard source for allowable rate data


24.     Instead, Premera uses an opaque method to calculate its "allowable rates," appears to deduct a flat percentage from billed charges for outpatient claims, and uses DRG weights to calculate inpatient claims.   Through these methods, Premera reduces all of ANTHC's billed charges to what it has unilaterally determined are "allowed charges." It then reduces those amounts by additional out-of-network discounts that substantially exceed industry standards.  These methods result in lower payments for ANTHC and significant financial benefits for Premera.


25.     Based on my review of documents and my decades of experience, I do not believe Premera's payment calculations are based on, or have any relationship to, the reasonableness of ANTHC billed charges.

DECLARATION OF PAUL ADAMS
*ANTHC v. PREMERA BLUE CROSS*
Case No. 3:12-cv-00065-HRH and 3:12-cv-00165-RRB (Consolidated)                    Page 10 of 11

Case 3:12-cv-00065-HRH   Document 79-2   Filed 01/17/14   Exhibit B Page 10 of 38

DATED August 23, 2013, at Anaheim, California.

_Paul A. Adams_

Paul Adams

<u>Certificate of Service</u>

I certify that on the ___ day of _____, 2013, a copy
of the foregoing document was served by ECF on:

Matthews S. Block
blockm@lanepowell.com

Gwendolyn Payton
paytong@lanepowell.com

John Neeleman
neelemanj@lanepowell.com

_/s/ Richard D. Monkman_

Richard D. Monkman

DECLARATION OF PAUL ADAMS
_ANTHC v. PREMERA BLUE CROSS_
Case No. 3:12-cv-00065-HRH and 3:12-cv-00165-RRB (Consolidated)                    Page 11 of 11

Case 3:12-cv-00065-HRH   Document 79-2   Filed 01/17/14   Exhibit B Page 11 of 38

# MOSS-ADAMS LLP

## **Exhibit A: Curriculum Vitae**

---

**PAUL ADAMS**
**DIRECTOR**
**HEALTH CARE CONSULTING GROUP**

---

### EXPERIENCE

**MOSS ADAMS, LLP**
Irvine, CA
*January 2009 – current*
***Director, Healthcare Consulting Services***

Responsible for selling and directing consulting, expert witness and litigation support engagements for a national clientele including hospitals, managed care organizations, health plans, third party administrators, provider organizations and healthcare law firms.

**PREMIER HEALTHCARE CONSULTING SOLUTIONS, LLC**
San Diego, CA
*March 2005 – December 2008*
***Principal***

Provide consulting, litigation support, contracting, claims, project management and system implementation services to managed care organizations, hospitals, third party administrators, medical groups and healthcare providers.

**BDO SEIDMAN, LLP**
Costa Mesa, CA
*December 1998 – May 2005*
***Director, Healthcare Advisory Services***

Responsible for selling and directing consulting engagements for hospitals, providers, medical groups, HMOs, managed care plans and lawyers. Examples of projects include:

- Provide litigation support testimony and opposing expert opinion analyses in numerous litigation matters involving hospitals, HMOs, managed care plan and providers. Provided comprehensive case assistance in numerous areas including: industry standard billing and reimbursement rates and practices, contracting interpretation and administration, grievance and appeals, complex claim disputes, managed care industry standards, Medicaid / Medi-Cal billing and reimbursement processes, Medicare reimbursement issues, HMO operations, authorization protocols, claims analyses, claim payment methodologies, UM operations and information system capabilities.
- Directed consulting functions for a comprehensive managed care systems analysis and operations review for a prominent Integrated Delivery Network (Hospital, and Medical Group) with 400,000 capitated lives. Implemented operational improvements yielding future savings of $14,000,000 and financial recovery of $2,000,000 in lost revenue. Evaluated payment pricing for accuracy, created progressive claims payment

# MOSS-ADAMS LLP

infrastructure capitalizing on processing automation, real-time information system report generation and pro-active audit protocol. Successfully re-installed MC system, optimizing UM and Claim functionality and reducing future financial exposure. Provided upper management support and staff training for authorization rules, contracting, and financial recovery and eligibility units.

- Directed a managed care revenue enhancement engagement for a large managed care network servicing 225,000 lives. Implemented departmental strategies for commercial and Medi-Cal claims payment validation, reconciliation and recovery, automated authorization matching, COB, TPL, capitation reconciliation, shared risk pool analysis and ESRD/institutional reporting. Designed, implemented and trained staff on all associated policies and procedures.

- Performed numerous retrospective HMO, hospital and provider revenue recovery billing and claim payment validation audits which included the interpretation of complex commercial, Medi-Cal and Medicare managed care contracts, review of plan documents identification of payment and operational issues and making appropriate recommendations to all levels of management.

### HEALTHCARE FINANCIAL ADVISORS
Newport Beach, CA
*August 1995 - December 1998*
***Director, Healthcare Consulting***

Directed and worked on consulting engagements for managed care organizations, hospitals, physicians and medical groups. Consulting services included hospital, provider and HMO contract negotiation and implementation, validation of claim payment accuracy, revenue recovery, revenue enhancement (i.e., COB, TPL, and Cap Reconciliation), interim management, information system procurement and implementation, revenue recovery management, operational analyses and operational due diligence. Promoted from Manager to Senior Manager to Director. Honored twice (1996 – 1997) as Employee of the Year.

### INTEGRATED SYSTEMS GROUP
Burbank, CA
*October 1993 – August 1995*
***Senior Project Director / Senior Consultant***

Directed consulting and implementation projects for hospitals, physicians and provider organizations that purchased the ISG managed care or practice management information system. Provided consulting services that included the validation of payment accuracy in the commercial, Medi-Cal, Medicare and other outside lines of business, operational analyses, contract support in negotiations with providers and Payers, claim reserving (IBNR) and other advisory assistance.

### MISSION BAY HOSPITAL - MEDICAL GROUP
San Diego, CA
*September 1990 – October 1993*
***Director of Operations***

# MOSS ADAMS LLP

Planned, coordinated and directed all operational activities within the Claims, Audit, Contracting, Enrollment, Member Services and Information Systems departments. Claim management responsibilities included the recruitment, training and management of claim personnel, development of claim policy and procedures and interaction with the medical director to develop claim medical review criteria. Developed contract modeling tools and actively participated in contract negotiations with Payers.

Developed and implemented a comprehensive claim training program that addressed the appropriate application of coding criteria, modifier usage unbundling of procedures, financial responsibility interpretation, COB, TPL, Stop Loss, Contract Incentive, Enrollment Protection and Insured Service recovery. Program was instrumental in reducing the claim expenditures by 14% from the previous year.

Information system responsibilities included the implementation and maintenance of all hospital, provider and HMO contract files, health plan benefit tables, capitation contract files, and electronic eligibility files.

**ZYBEX MEDICAL COMPUTER SYSTEMS**
San Diego, CA
*February 1988 – September 1990*
*Project Manager / Healthcare Consultant*

Planned, coordinated and directed the implementation and training of Zybex managed care and practice management information systems. Assisted clients with business advisory services including shared risk pool reconciliation, contract negotiation assistance, claim payment audits, claim reserving (IBNR), and the development of claim and UM policy and procedures.

Provided practice management consulting services in the areas of insurance collections, proper billing procedures, capitation tracking, bad debt collections, appointment scheduling and other front and back office functions. Spent the last six months in the sales department and participated in sales calls and demonstrations of the Zybex information system.

**BAY PACIFIC HEALTH PLAN**
San Bruno, CA
*September 1987 – January 1988*
*Claims Operations Consultant*

Developed and implemented a custom, automated, hospital and medical claim processing program that enabled subscribing HMOs to substantially increase the productivity of their claim examiners. Implementation of this program resulted in a documented 100% increase in production for 35 claim examiners.

**GREATER SAN DIEGO HEALTH PLAN**
San Diego, CA
*February 1981 – September 1987*
*Claims / Audit Manager*

Responsible for the management of 25 staff members in the hospital and medical claim department. In this role, I coordinated all training and projects within the department.

# MOSS-ADAMS LLP

Instrumental in the development and implementation of a custom, in-house managed care information system. Assisted in the training and operational implementation of the Contracting and Claim departments for sister HMO in Claremont, California.

## SYSTEMS EXPERIENCE

I have working experience with the following information systems:

- Medic
- HSD
- IDX
- HBOC

- Zybex
- Facets
- RIMS
- EPIC

- EZ-Cap
- Health Trio
- QCSI
- MDX

## PRESENTATIONS

Hospital Association Southern California (HASC), IPA Association of America (TIPPA), Medical Group Management Association (MGMA), California Association of Physician Organizations (CAPO), and the Los Angeles County Medical Association (LACMA). Topics include:

- Auditing Health Plan Reimbursement' 'Managed Care Implementation of the APC Payment Methodology' 'What Makes IPAs Successful', 'Recognizing the Need for Proactive Revenue Recovery Processes', and 'Using Data as a Management Tool to Improve Your Bottom Line'.

## EDUCATION

Coleman College
Major: Computer Science
Recurring continuing education, annually

MOSS-ADAMS LLP

# Exhibit B

PREMERA BLUE CROSS
PO BOX 327
SEATTLE, WA 98111

CLAIM
REMITTANCE
NOTICE

ALASKA NATIVE MEDICAL CENTER
PO BOX 196670
ANCHORAGE, AK 995196670

PROVIDER NPI:    1093924458
DATE:            02/28/2013
CHECK/EFT #:     2013022814700080820EPRA15177709
PAGE #:          1

| REND PROV | SERV DATE | POS NOS | PROC | MODS | BILLED | ALLOWED | DEDUCT | COINS | GRP/RC-AMT | ADJ N | MOA | PROV PD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NAME | | HIC 10128179401 | | ACNT 3002381655 | | | | ICN 824697805601 | | | | |
| 920162721 | 1105 110512 | 4 | | | 19.80 | 16.99 | 0.00 | 10.19 | PR-38 | | 2.81 | 6.80 |
| 920162721 | 1105 110512 | 4 | J2405 | | 16.10 | 13.81 | 0.00 | 8.29 | PR-38 | | 2.29 | 5.52 |
| 920162721 | 1105 110512 | 1 | | | 91.00 | 78.08 | 0.00 | 46.85 | PR-38 | | 12.92 | 31.23 |
| 920162721 | 1105 110512 | 2 | | | 45.00 | 38.61 | 0.00 | 23.17 | PR-38 | | 6.39 | 15.44 |
| 920162721 | 1105 110512 | 1 | 26418 | F2 | 6006.00 | 5153.15 | 0.00 | 3091.89 | PR-38 | | 852.85 | 2061.26 |
| 920162721 | 1105 110512 | 2 | | | 1024.00 | 878.59 | 0.00 | 527.15 | PR-38 | | 145.41 | 351.44 |
| 920162721 | 1105 110512 | 1 | | | 374.00 | 320.89 | 0.00 | 192.53 | PR-38 | | 53.11 | 128.36 |
| 920162721 | 1105 110512 | 1 | | | 582.00 | 499.36 | 0.00 | 299.62 | PR-38 | | 82.64 | 199.74 |
| PT RESP | 5359.11 | | CLAIM TOTALS | | 8157.90 | 6999.48 | 0.00 | 4199.69 | | | 0.00 | 2799.79 |
| ADJ TO TOTALS: PREV PD | | | INTEREST | | 0.00 | | LATE FILING CHARGE | | | 0.00 | NET | 2799.79 |

| TOTALS | N OF CLAIMS | BILLED AMT | ALLOWED AMT | DEDUCT AMT | COINS AMT | TOTAL RC-AM | PROV PD AMT | PROV ADJ AMT | CHECK AMT |
|---|---|---|---|---|---|---|---|---|---|
| | 1 | 8157.90 | 6999.48 | 0.00 | 4199.69 | 0.00 | 2799.79 | 0.00 | 357658.41 |

GLOSSARY : GROUP, REASON, MOA, REMARK AND REASON CODES

| Code | Description |
|---|---|
| 38 | Services not provided or authorized by designated (network/primary care) providers. |
| PR | Patient Responsibilty. Amount that may be billed to a patient or another payee. |

Page C-124
Date of Payment: FEBRUARY 28, 2013
Check Number: 0015177709
Payment Reference #: 20130228147000B2
Provider Reference #: 10464410464
Provider Tax ID Number: 920162721
NPI ID: 1093924458

**PREMERA** | **BLUE CROSS BLUE SHIELD OF ALASKA**

P.O. Box 240609
Anchorage, AK 99524

ALASKA NATIVE MEDICAL CENTER
PO BOX 196678
ANCHORAGE AK 99519

## FEBRUARY 28, 2013
## DETAILED EXPLANATION OF PAYMENT

| Patient Name / Subscriber # & PT Suffix / Patient Account # / Subscriber Name / Provider of Service / Product | SERVICE DATES | CODE/ MODIFIER | UNITS BILLED/ ALLOWED | APC/ APG/ DRG/ ROOM TYPE | BILLED CHARGES | ALLOWED AMOUNT | PROVIDER ADJUSTMENT (A) DISALLOWED (D) | OTHER INSURANCE ADJUSTMENT | PATIENT LIABILITY FEE ADJUST (A) / COB SAV APP (B) / COINSURANCE (C) / DEDUCTIBLE (D) / FUNDING ACCT (F) / INELIGIBLE (I) / COPAY (P) | PAYABLE AMOUNT | REASON REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ZCV 101281784-01 ~~~~~~~ 1 : N K24597B(hou) ~~~~~~~ | 110512 110512 | 0250 | (4) / 0 | | (19.80) | 0.00 | | 0.00 | (19.60) I | 0.00 | 453 |
| | 110512 110512 | J2405 | (4) / 0 | | (16.10) | 0.00 | | 0.00 | (16.10) I | 0.00 | 453 |
| | 110512 110512 | 0270 | (1) / 0 | | (91.00) | 0.00 | | 0.00 | (91.00) I | 0.00 | 453 |
| | 110512 110512 | 0272 | (2) / 0 | | (45.00) | 0.00 | | 0.00 | (45.00) I | 0.00 | 453 |
| | 110512 110512 | 26418-F2 | (1) / 0 | | (6006.00) | 0.00 | | 0.00 | (6006.00) I | 0.00 | 453 |
| | Claim Total | | | | ($6157.90) | $0.00 | | $0.00 | | $0.00 | |
| ALASKA NATIVE MEDICAL CEN AK HERITAGE SELECT | 110512 110512 | 0270 | (2) / 0 | | (1024.00) | 0.00 | | 0.00 | (1024.00) I | 0.00 | 453 |
| | 110512 110512 | 0623 | (1) / 0 | | (374.00) | 0.00 | | 0.00 | (374.00) I | 0.00 | 453 |
| | 110512 110512 | 0710 | (1) / 0 | | (582.00) | 0.00 | | 0.00 | (582.00) I | 0.00 | 453 |
| | Claim Total | Paid To: | | | ($8157.90) | $0.00 | $0.00 | $0.00 | ($8157.90) C | $0.00 | |
| | 110512 110512 | 0250 | 4 / 4 | | 19.80 | 16.99 | | 0.00 | 10.19 C / 2.81 A | 6.80 | 835 |
| | 110512 110512 | J2405 | 4 / 4 | | 16.10 | 13.61 | | 0.00 | 8.29 C / 2.29 A | 5.52 | 835 |
| | 110512 110512 | 0270 | 1 / 1 | | 91.00 | 78.08 | | 0.00 | 46.85 C / 12.92 A | 31.23 | 835 |
| | 110512 110512 | 0272 | 2 / 2 | | 45.00 | 38.61 | | 0.00 | 23.17 C / 6.39 A | 15.44 | 835 |
| | 110512 110512 | 26418-F2 | 1 / 1 | | 6006.00 | 5153.15 | | 0.00 | 3091.89 C / 852.85 A | 2061.26 | 835 |
| | 110512 110512 | 0370 | 2 / 2 | | 1024.00 | 878.59 | | 0.00 | 527.15 C / 146.41 A | 351.44 | 835 |
| | 110512 110512 | 0623 | 1 / 1 | | 374.00 | 320.89 | | 0.00 | 192.53 C / 53.11 A | 128.36 | 835 |
| | 110512 110512 | 0710 | 1 / 1 | | 582.00 | 499.36 | | 0.00 | 299.62 C | 199.74 | 835 |
| | Claim Total | Paid To:P | | | $8157.90 | $6999.48 | $0.00 | $0.00 | 82.64 A | $2759.79 | 835 |
| | | | | | | | | | $5358.11 | | |

MOSS-ADAMS LLP

# Exhibit C



PREMERA BLUE CROSS
PO BOX 327
MS 357
SEATTLE, WA 98111

ALASKA NATIVE MEDICAL CENTER
PO BOX 196678
ANCHORAGE, AK 995196678

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Printed: | | | | | | | | | | Standard Paper Remittance | |
| April 9, 2013 | | | | | | | | | | (SPR) | |
| | | | | | | | | | | Advice Notice | |

NPI #:        1093924458
ISSUE DATE #:  08/31/12
PROD DATE #:   08/31/12
CHECK/EFT #:   20120831145001060EPRA14515694

| PERF PROV | SERV DATE | POS | NOS | PROC MODS | BILLED | ALLOWED | DEDUCT | COINS/COPAY | GRP/RC-AMT | PROV PD |
|---|---|---|---|---|---|---|---|---|---|---|
| PATIENT NAME 1: | . HIC 60087011203 | | | MedRec#164448 | ACNT 3001658631 | | ICN 823597996501 | ASG N | MOA | |
| Claim Period: | 062912 062912 | | | | | | | | | |
| 920162721 | 062912 062912 | | 4 | | 25.70 | 22.05 | 0.00 | 11.03 | PR-38    3.65 | 11.02 |
| | | | | REM: MA67 | | | | | | |
| 920162721 | 062912 062912 | | 1 | 69210 | 3235.00 | 2775.63 | 0.00 | 1387.82 | PR-38  459.37 | 1387.81 |
| 920162721 | 062912 062912 | | 1 | | 443.00 | 380.09 | 0.00 | 190.05 | PR-38   62.91 | 190.04 |
| 920162721 | 062912 062912 | | 1 | 69210 RT | 225.00 | 193.05 | 0.00 | 96.53 | PR-38   31.95 | 96.52 |
| 920162721 | 062912 062912 | | 2 | | 973.00 | 834.83 | 0.00 | 417.42 | PR-38  138.17 | 417.41 |
| 920162721 | 062912 062912 | | 1 | | 292.00 | 250.54 | 0.00 | 125.27 | PR-38   41.46 | 125.27 |
| 920162721 | 062912 062912 | | 2 | | 290.00 | 248.82 | 0.00 | 124.41 | PR-38   41.18 | 124.41 |
| PT RESP | 3131.22 | | | CLAIM TOTALS | 5483.70 | 4705.01 | 0.00 | 2352.53 | 0.00 | 2352.48 |
| ADJ TO TOTALS: | PREV PAID | 0.00 | | INTEREST: | 0.00 | LATE FILING CHARGE: | 0.00 | | NET | 2352.48 |

| TOTALS: | # OF CLAIMS | BILLED AMT | ALLOWED AMT | DEDUCT AMT | COINS/COPAY AMT | TOTAL RC-AMT | PROV PD AMT | PROV ADJ AMT | CHECK |
|---|---|---|---|---|---|---|---|---|---|
| | 1 | 5483.70 | 4705.01 | 0.00 | 2352.53 | 0.00 | 2352.48 | 0.00 | 239116.80 |

GLOSSARY: Group, Reason, MOA, Remark and Adjustment Codes:

| CODE | DESCRIPTION |
|---|---|
| 38 | Services not provided or authorized by designated (network/primary care) providers. |
| MA67 | Correction to a prior claim. |
| PR | Patient Responsibility. Amount that may be billed to a patient or another payee. |

PREMERA BLUE CROSS BLUE SHIELD OF ALASKA
P.O. Box 240609
Anchorage, AK 99524

Date of Payment: AUGUST 31, 2012          Page C-159
Check Number: 001465593B4
Payment Reference #: 2012083114500106
Provider Number: 104464104464
Provider Tax ID Number: 920162721
NPI ID: 1093924658

ALASKA NATIVE MEDICAL CENTER
PO BOX 196578
ANCHORAGE AK 99519

RECEIVED
SEP 10 2012
ANMC – BUS

**AUGUST 31, 2012**
**DETAILED EXPLANATION OF PAYMENT**

Patient Name / Subscriber # & PT Suffix / Patient Account # / Subscriber Name / Claim # / Provider of Service / Product:

ALV 600870112-03
3001858631
---, ERIK N
ALASKA NATIVE MEDICAL CEN
AK HERITAGE PLUS

| SERVICE DATES | CODE/ MODIFIER | UNITS BILLED/ ALLOWED | APC/APG/ DRG/ROOM TYPE | BILLED CHARGES | INFORMATIONAL ALLOWED AMOUNT | PROVIDER ADJUSTMENT (A) DISALLOWED (D) | OTHER INSURANCE ADJUSTMENT | PATIENT LIABILITY FEE ADJUST (A), COB SAV APP (B), COINSURANCE (C), DEDUCTIBLE (D), FUNDING ACCT (F), INELIGIBLE (I), COPAY (P) | PAYABLE AMOUNT | REASON REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|
| 062912 062912 | 0250 | (4)/(4) | | (25.70) | (22.05) | | 0.00 | (11.03) C / (3.85) A | (11.02) | 835 |
| 062912 062912 | 69210 | (1)/(1) | | (3235.00) | (2775.63) | | 0.00 | (1387.82) C / (459.37) A | (1387.81) | 835 |
| 062912 062912 | 0370 | (1)/(1) | | (443.00) | (380.09) | | 0.00 | (190.05) C / (62.91) A | (190.04) | 835 |
| 062912 062912 | 69210-RT | (1)/(1) | | (225.00) | (193.05) | | 0.00 | (96.53) C / (31.85) A | (96.52) | 835 |
| 062912 062912 | 0710 | (2)/(2) | | (973.00) | (834.83) | | 0.00 | (417.42) C / (138.17) A | (417.41) | 835 |
| Claim Total | Paid To:P | 4 / 4 | | ($4901.70) | ($4205.66) | $0.00 | $0.00 | ($2798.90) | ($2102.80) | |
| 062912 062912 | 0250 | 1 / 1 | | 25.70 | 22.05 | | 0.00 | 11.03 C / 3.85 A | 11.02 | 835 |
| 062912 062912 | 69210 | 1 / 1 | | 3235.00 | 2775.63 | | 0.00 | 1387.82 C / 459.37 A | 1387.81 | 835 |
| 062912 062912 | 0370 | 1 / 1 | | 443.00 | 380.09 | | 0.00 | 190.05 C / 62.91 A | 190.04 | 835 |
| 062912 062912 | 69210-RT | 1 / 1 | | 225.00 | 193.05 | | 0.00 | 96.53 C / 31.95 A | 96.52 | 835 |
| 062912 062912 | 0710 | 2 / 2 | | 973.00 | 834.83 | | 0.00 | 417.42 C / 138.17 A | 417.41 | 835 |
| 062912 062912 | 0270 | 1 / 1 | | 292.00 | 250.54 | | 0.00 | 125.27 C / 41.46 A | 125.27 | 835 |
| 062912 062912 | 0272 | 2 / 2 | | 290.00 | 248.82 | | 0.00 | 124.41 C / 41.18 A | 124.41 | 835 |
| Claim Total | Paid To:P | | | $5483.70 | $4705.01 | $0.00 | $0.00 | $3131.22 | $2352.48 | 835 |

MOSS-ADAMS LLP

# Exhibit D

# Standard Paper Remittance (SPR) Advice Notice

PREMERA BLUE CROSS
PO BOX 327
MS 357
SEATTLE, WA 98111

ALASKA NATIVE MEDICAL CENTER
PO BOX 196678
ANCHORAGE, AK 995196678

Printed: | Standard Paper Remittance
April 9, 2013 | (SPR)
| Advice Notice

NPI #: 1093924458
ISSUE DATE #: 08/31/12
PROD DATE #: 08/31/12
CHECK/EFT #: 20120831145001060EPRA14515694

| PERF PROV | SERV DATE | POS | NOS | PROC MODS | BILLED | ALLOWED | DEDUCT | COINS/COPAY | GRP/RC-AMT | PROV PD |
|---|---|---|---|---|---|---|---|---|---|---|
| PATIENT NAME 1: | | HIC 10014506704 | | MedRec#990771 | ACNT 3001658614 | | ICN 822934470201 | ASG N | MOA | |
| Claim Period: | 040212 040212 | | | | 29.30 | 25.14 | 0.00 | 12.57 | PR-45 | 4.16 | 12.57 |
| 920162721 | 040212 040212 | | 2 | | | | | | | |
| | | | | REM: MA67 | | | | | | |
| 920162721 | 040212 040212 | | 1 | J1790 | 22.00 | 18.88 | 0.00 | 9.44 | PR-45 | 3.12 | 9.44 |
| 920162721 | 040212 040212 | | 1 | J1100 | 6.90 | 5.92 | 0.00 | 2.96 | PR-45 | 0.98 | 2.96 |
| 920162721 | 040212 040212 | | 2 | 88300 | 206.00 | 176.75 | 0.00 | 88.38 | PR-45 | 29.25 | 88.37 |
| 920162721 | 040212 040212 | | 1 | 42820 | 5223.00 | 4481.33 | 0.00 | 2240.67 | PR-45 | 741.67 | 2240.66 |
| 920162721 | 040212 040212 | | 2 | | 693.00 | 594.59 | 0.00 | 297.30 | PR-45 | 98.41 | 297.29 |
| 920162721 | 040212 040212 | | 1 | J3010 | 6.30 | 5.41 | 0.00 | 2.71 | PR-45 | 0.89 | 2.70 |
| 920162721 | 040212 040212 | | 1 | | 506.00 | 434.15 | 0.00 | 217.08 | PR-45 | 71.85 | 217.07 |
| 920162721 | 040212 040212 | | 2 | | 152.00 | 130.42 | 0.00 | 65.21 | PR-45 | 21.58 | 65.21 |
| 920162721 | 040212 040212 | | 1 | | 332.00 | 284.86 | 0.00 | 142.43 | PR-45 | 47.14 | 142.43 |
| PT RESP | 4097.80 | | | CLAIM TOTALS 7176.50 | | 6157.45 | | 3078.75 | | 0.00 | 3078.70 |
| ADJ TO TOTALS: | PREV PAID | 0.00 | | INTEREST: | 0.00 | LATE FILING CHARGE: | 0.00 | | | NET | 3078.70 |

| TOTALS: | # OF CLAIMS | BILLED AMT | ALLOWED AMT | DEDUCT AMT | COINS/COPAY AMT | TOTAL RC-AMT | PROV PD AMT | PROV ADJ AMT | CHECK |
|---|---|---|---|---|---|---|---|---|---|
| | 1 | 7176.50 | 6157.45 | 0.00 | 3078.75 | 0.00 | 3078.70 | 0.00 | 239116.80 |

GLOSSARY: Group, Reason, MOA, Remark and Adjustment Codes:

| CODE | DESCRIPTION |
|---|---|
| 45 | Charge exceeds fee schedule/maximum allowable or contracted/legislated fee arrangement. (Use Group Codes PR or CO depending upon liability). This change effective 7/1/2013: Charge exceeds fee schedule/maximum allowable or contracted/legislated fee arrangement. (Use only with Group Codes PR or CO depending upon liability) |
| MA67 | Correction to a prior claim. |
| PR | Patient Responsibility. Amount that may be billed to a patient or another payee. |

PREMERA | BLUE CROSS BLUE SHIELD OF ALASKA
P.O. Box 240609
Anchorage, AK 99524

ALASKA NATIVE MEDICAL CENTER
PO BOX 196078
ANCHORAGE AK 99519

Page C-131
Date of Payment: AUGUST 31, 2012
Check Number: 004516084
Payment Reference #: 20120831146000106
Provider Number: 104464104464
Provider Tax ID Number: 920162721
NPI ID: 1093924458

RECEIVED
SEP 10 2012
ANMC - BUS

AUGUST 31, 2012
DETAILED EXPLANATION OF PAYMENT

Patient Name / Suffix
Subscriber / NPI Suffix
Patient Account #
Subscriber Name
Claim #
Provider of Service
Product

1001465057-04
3001659814
ALASKA NATIVE MEDICAL CEN
AK HERITAGE SELECT

| SERVICE DATES | CODE / MODIFIER | UNITS BILLED | APC ROOM AND BOARD TYPE | BILLED CHARGES | ALLOWED AMOUNT (INFORMATIONAL) | ADJUSTMENT (DISALLOWED) (PROVIDER) | OTHER INS ADJUSTMENT | PATIENT LIABILITY | PAYABLE AMOUNT | REASON REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|
| 040212 040212 | 0250 | (2)/(2) | | (29.00) | (25.14) | | 0.00 | (12.57) C | (12.57) | 835 |
| 040212 040212 | J1790 | (1)/(1) | | (22.00) | (18.98) | | 0.00 | (4.16) C | (9.44) | 835 |
| 040212 040212 | J1100 | (1)/(1) | | (6.90) | (5.92) | | 0.00 | (3.12) A | (2.98) | 835 |
| 040212 040212 | 88300 | (2)/(2) | | (206.00) | (176.75) | | 0.00 | (.93) A (88.38) C | (88.37) | 835 |
| 040212 040212 | 42820 | (2)/(2) | | (5223.00) | (4481.33) | | 0.00 | (.93) A (2240.66) C | (2240.66) | 835 |
| 040212 040212 | 0370 | (2)/(2) | | (693.00) | (594.59) | | 0.00 | (741.67) A (297.29) C | (297.29) | 835 |
| 040212 040212 | 23010 | (1)/(1) | | (6.30) | (5.41) | | 0.00 | (98.41) A (2.71) C | (2.70) | 835 |
| 040212 040212 | 0710 | (1)/(1) | | (506.00) | (434.15) | | 0.00 | (217.08) C (.93) A | (217.07) | 835 |
| Claim Total | | | Paid To:P 2 / 2 | (5889.60) | (5742.17) | $0.00 | $0.00 | (71.85) A (52871.06) | (52871.06) | |
| 040212 040212 | 0250 | 1 / 1 | | 29.30 | 25.14 | | 0.00 | 12.57 C | 12.57 | PSS |
| 040212 040212 | J1790 | 1 / 1 | | 22.00 | 18.88 | | 0.00 | 4.16 C | 9.44 | PSS |
| 040212 040212 | J1100 | 1 / 1 | | 8.90 | 5.92 | | 0.00 | 3.12 A | 2.98 | PSS |
| 040212 040212 | 88300 | 2 / 2 | | 206.00 | 176.75 | | 0.00 | .98 A 88.38 C | 88.37 | PSS |
| 040212 040212 | 42820 | 1 / 1 | | 5223.00 | 4481.33 | | 0.00 | 29.25 A 2240.66 A | 2240.66 | PSS |
| 040212 040212 | 0370 | 2 / 2 | | 693.00 | 594.59 | | 0.00 | 741.67 A 297.30 C | 297.29 | PSS |
| 040212 040212 | J3010 | 1 / 1 | | 6.30 | 5.41 | | 0.00 | 98.41 A 2.71 C | 2.70 | PSS |
| 040212 040212 | 0710 | 1 / 1 | | 506.00 | 494.15 | | 0.00 | .89 A 217.08 C | 217.07 | PSS |
| 040212 040212 | 0272 | 2 / 2 | | 152.00 | 130.42 | | 0.00 | 71.85 A 65.21 C | 65.21 | PSS |
| 040212 040212 | 0623 | 1 / 1 | | 332.00 | 284.96 | | 0.00 | 21.58 A 142.43 C | 142.43 | PSS |
| Claim Total | | | Paid To:P | $7176.50 | $6157.45 | $0.00 | $0.00 | 47.14 A $6057.50 | $5078.70 | PSS |

MOSS-ADAMS LLP



# Exhibit E

| Exhibit # | Claim ID | POS | INCUR_DT | Billed | Allowed | Reimbursement Method | Notes |
|---|---|---|---|---|---|---|---|
| Exhibit 1 | 82469780501 | OUTPATIENT HOSPITAL | 11/5/2012 | 8,158 | 6,999 | April '11 OP 80th Percent of Charges | |
| Exhibit 2 | 82359795601 | OUTPATIENT HOSPITAL | 6/29/2012 | 5,484 | 4,705 | April '11 OP 80th Percent of Charges | |
| Exhibit 3 | 82293470201 | OUTPATIENT HOSPITAL | -4/2/2012 | 7,177 | 6,157 | April '11 OP 80th Percent of Charges | |
| Exhibit 4 | 82363102501 | OUTPATIENT HOSPITAL | 4/10/2012 | 12,750 | 10,940 | April '11 OP 80th Percent of Charges | |
| Exhibit 5 | 82537994000 | INPATIENT HOSPITAL | 1/29/2013 | 83,719 | 62,953 | April '11 IP 80th DRG Rate | Exhibit 5 shows allowed = $0. System shows $62,953. CMS v27 DRG 470, Weight = 2.0613, 80th CF = $30,540.65, Payment = 2.0613*$30450.65 = 62,953.44 |
| Exhibit 6 | 825504002900 | INPATIENT HOSPITAL | 1/29/2013 | 11,205 | 2,706 | Dec '12 Pro 80th | Payment: 27130 gets $13,531, but is paid at 20% due to modifier 80 (assistant surgeon): $13,531*.2 = $2,706.20 |
| Exhibit 7 | 82283233830 | INPATIENT HOSPITAL | 4/2/2012 | 90,601 | 54,971 | April '11 IP 80th DRG Rate | CMS v27 DRG 473, Weight = 2.0033, 80th CF = $27,440.34 = $54,971.23 |
| Exhibit 8 | 82565350900 | INPATIENT HOSPITAL | 2/20/2013 | 102,074 | 33,980 | April '11 IP 80th DRG Rate | CMS v27 DRG 583, Weight = 0.7889, 80th CF = $43,072.45 = $43,072.45, Payment = 0.7889*43,072.45 = $33,979.86 |
| Exhibit 9 | 82477924880 | INPATIENT HOSPITAL | 9/7/2012 | 87,875 | 54,971 | April '11 IP 80th DRG Rate | CMS v27 DRG 473, Weight = 2.0033, 80th CF = $27,440.34, Payment = 2.0033*27,440.34 = $54,971.23 |
| Exhibit 10 | 82570728750 | INPATIENT HOSPITAL | 2/25/2013 | 6,348 | 4,946 | Dec '12 Pro 80th | Payments: 88302-26 w/ 1 unit gets 10*5465 = $4,660; 88302-26 w/ 10 units gets 10*$5286 = $5286. |
| Exhibit 11 | 835953380600 | OUTPATIENT HOSPITAL | 1/11/2011 | 350 | 280 | Contracted Amount | |

CONFIDENTIAL

PRE_ANTHC p00057

**MOSS-ADAMS** LLP

# Exhibit F



CLAIM
REMITTANCE
NOTICE

PREMERA BLUE CROSS
PO BOX 327
SEATTLE, WA 98111

ALASKA NATIVE MEDICAL CENTER
PO BOX 196678
ANCHORAGE, AK 995196678

| | |
|---|---|
| PROVIDER NPI: | 1093924458 |
| DATE: | 03/16/2013 |
| CHECK/EFT #: | 2013031614000215OBPRA15232099 |
| PAGE #: | 1 |

| REND PROV | SERV DATE | POS NOS | PROC | MODS | BILLED | ALLOWED | DEDUCT | COINS | GRP/RC-AMT | | PROV PD |
|---|---|---|---|---|---|---|---|---|---|---|---|
| NAME | | HIC 600011339 | ACNT 3003150424 | | | | ICN 825537994000 | | | ASG N | HOA |
| PT RESP 58537.22 | | CLAIM TOTALS | | | 83718.60 | 0.00 | 0.00 | 37772.06 | | | 0.00 25181.38 |
| ADJ TO TOTALS: PREV PD | | INTEREST | | | 0.00 | | LATE FILING CHARGE | | | 0.00 | NET 25181.38 |
| | | | | | | | | PR-2 37772.06 | | | PR-38 20765.16 |

| TOTALS | # OF CLAIMS | BILLED AMT | ALLOWED AMT | DEDUCT AMT | COINS AMT | TOTAL RC-AM | PROV PD AMT | PROV ADJ AMT | CHECK AMT |
|---|---|---|---|---|---|---|---|---|---|
| | 1 | 83718.60 | 0.00 | 0.00 | 37772.06 | 0.00 | 25181.38 | 0.00 | 313752.21 |

GLOSSARY : GROUP, REASON, HOA, REMARK AND REASON CODES
Code      Description
2         Coinsurance Amount
38        Services not provided or authorized by designated (network/primary care) providers.



# PREMERA | BLUE CROSS BLUE SHIELD OF ALASKA

P.O. Box 240609
Anchorage, AK 99524

ALASKA NATIVE MEDICAL CENTER
PO BOX 196678
ANCHORAGE AK 99519

## MARCH 16, 2013
## DETAILED EXPLANATION OF PAYMENT

Page C- 44
Date of Payment: MARCH 16, 2013
Check Number: 0015232099
Payment Reference #: 20130318140002215
Provider Number: 104464104464
Provider Tax ID Number: 920162721
NPI ID: 1093924456

| Patient Name / Subscriber # & PT Suffix / Patient Account # / Subscriber Name / Claim # / Provider of Service | Product | SERVICE DATES | CODE / MODIFIER | UNITS BILLED/ ALLOWED | APC/ APG/ DRG / ROOM TYPE | BILLED CHARGES | INFORMATIONAL ALLOWED AMOUNT | PROVIDER ADJUSTMENT (A) DISALLOWED (D) | OTHER INSURANCE ADJUSTMENT | PATIENT LIABILITY FEE ADJUST (A) / COB SAV APP (B) / COINSURANCE (C) / DEDUCTIBLE (D) / INELIGIBLE (I) / FUNDING ACCT (F) / COPAY (P) | PAYABLE AMOUNT | REASON REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ZKV 600011339-01 | | 012913 020313 | 0121 | 5 / 5 | 470 | 10175.00 | 62983.44 | | 0.00 | 37772.06  C / 20785.16  A | 25181.38 | 835 |
| 30031B0424 | | 012913 020313 | 0250 | 270 / 0 | 470 | 1174.95 | 0.00 | | 0.00 | 0.00 | 0.00 | 741 |
| CEN25237/0840000 | | 012913 020313 | 0258 | 8 / 0 | 470 | 258.95 | 0.00 | | 0.00 | 0.00 | 0.00 | 741 |
| ALASKA NATIVE MEDICAL CEN | | 012913 020313 | 0264 | 1 / 0 | 470 | 33.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 741 |
| AK HERITAGE SELECT | | 012913 020313 | 0270 | 18 / 0 | 470 | 5939.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 741 |
| | | 012913 020313 | 0271 | 4 / 0 | 470 | 292.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 741 |
| | | 012913 020313 | 0272 | 24 / 0 | 470 | 2885.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 741 |
| | | 012913 020313 | 0273 | 3 / 0 | 470 | 314.50 | 0.00 | | 0.00 | 0.00 | 0.00 | 741 |
| | | 012913 020313 | 0274 | 2 / 0 | 470 | 133.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 741 |
| | | 012913 020313 | 0278 | 5 / 0 | 470 | 38507.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 741 |
| | | 012913 020313 | 0301 | 4 / 0 | 470 | 195.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 741 |
| | | 012913 020313 | 0305 | 4 / 0 | 470 | 678.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 741 |
| | | 012913 020313 | 0307 | 1 / 0 | 470 | 84.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 741 |
| | | 012913 020313 | 0320 | 2 / 0 | 470 | 916.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 741 |
| | | 012913 020313 | 0360 | 1 / 0 | 470 | 12551.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 741 |
| | | 012913 020313 | 0370 | 4 / 0 | 470 | 2258.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 741 |
| | | 012913 020313 | 0420 | 18 / 0 | 470 | 2785.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 741 |
| | | 012913 020313 | 0424 | 1 / 0 | 470 | 378.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 741 |
| | | 012913 020313 | 0623 | 8 / 0 | 470 | 2309.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 741 |
| | | 012913 020313 | 0636 | 8 / 0 | 470 | 493.20 | 0.00 | | 0.00 | 0.00 | 0.00 | 741 |
| | | 012913 020313 | 0710 | 3 / 0 | 470 | 1384.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 741 |
| Claim Total | | | Paid To:P | 0 / 0 | | 5387718.00 | 62853.44 | | $0.00 | $58537.22 | $25181.38 | |

WWW.MOSSADAMS.COM

MOSS-ADAMS LLP

# **Exhibit G**



PREMERA BLUE CROSS
PO BOX 327
SEATTLE, WA 98111

CLAIM
REMITTANCE
NOTICE

ALASKA NATIVE MEDICAL CENTER
PO BOX 196678
ANCHORAGE, AK 995196678

PROVIDER NPI:      1093924458
DATE:              08/31/2012
CHECK/EFT #:       20120831145001060BPRA14515694
PAGE #:            1

| REND PROV | SERV DATE | POS NOS | PROC | MODS | BILLED | ALLOWED | DEDUCT | COINS | GRP/RC-AMT | PROV PD |
|-----------|-----------|---------|------|------|--------|---------|--------|-------|------------|---------|
| NAME | | | HIC 10109886201 | ACNT 3001658439 | | | ICN 822823338302 | | ASG N | MOA |
| PT RESP 35630.02 | | | CLAIM TOTALS | 90601.25 | 0.00 | 0.00 | 0.00 | | 0.00 | 54971.23 |
| ADJ TO TOTALS: PREV PD | | | INTEREST | 0.00 | | LATE FILING CHARGE | | | 0.00 | NET 54971.23 |
| | | | | | | | | | PR-45 | 35630.02 |

| TOTALS | # OF CLAIMS | BILLED AMT | ALLOWED AMT | DEDUCT AMT | COINS AMT | TOTAL RC-AM | PROV PD AMT | PROV ADJ AMT | CHECK AMT |
|--------|-------------|------------|-------------|------------|-----------|-------------|-------------|--------------|-----------|
| | 1 | 90601.25 | 0.00 | 0.00 | 0.00 | 0.00 | 54971.23 | 0.00 | 239116.80 |

GLOSSARY : GROUP, REASON, MOA, REMARK AND REASON CODES

| Code | Description |
|------|-------------|
| 45 | Charge exceeds fee schedule/maximum allowable or contracted/legislated fee arrangement. (Use Group Codes PR or CO depending upon liability). This change effective 7/1/2013: Charge exceeds fee schedule/maximum allowable or contracted/legislated fee arrangement. (Use only with Group Codes PR or CO depending upon liability) |

PREMERA [logo] BLUE CROSS BLUE SHIELD OF ALASKA

P.O. Box 240609
Anchorage, AK 99524

ALASKA NATIVE MEDICAL CENTER
PO BOX 196678
ANCHORAGE AK 99519

Date of Payment: AUGUST 31, 2012
Check Number: 0014515594
Payment Reference #: 2012083114500106
Provider Number: 104464104464
Provider Tax ID Number: 920162721
NPI ID: 1093924468

RECEIVED
SEP 10 2012
ANMC – BUS

AUGUST 31, 2012
DETAILED EXPLANATION OF PAYMENT

**Patient Name / Subscriber # & Pt Suffix / Patient Account # / Subscriber Name / Claim # / Provider of Service / Product**

UCB 101098662-01

300165849
82882393B900
ALASKA NATIVE MEDICAL CEN
AK HERITAGE PLUS

| SERVICE DATES | CODE / MODIFIER | UNITS BILLED / ALLOWED | APC/APG/DRG/ROOM TYPE | BILLED CHARGES | ALLOWED AMOUNT (Informational) | PROVIDER ADJUSTMENT (A) / DISALLOWED (D) | OTHER INSURANCE ADJUSTMENT | PATIENT LIABILITY [FEE ADJUST (A), COB SAV/APP (B), COINSURANCE (C), DEDUCTIBLE (E), PENDING ACCT (F), INELIGIBLE (I), COPAY (P)] | PAYABLE AMOUNT | REASON REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|
| 040212 040312 | 0121 | (1) / 0 | 473 | (1950.00) | 0.00 | | 0.00 | | 0.00 | 835 |
| 040212 040312 | 0250 | (32) / 0 | 473 | (377.20) | 0.00 | | 0.00 | | 0.00 | G31 |
| 040212 040312 | 0258 | (3) / 0 | 473 | (97.65) | 0.00 | | 0.00 | | 0.00 | |
| 040212 040312 | 0271 | (3) / 0 | 473 | (118.00) | 0.00 | | 0.00 | | 0.00 | |
| 040212 040312 | 0272 | (3) / 0 | 473 | (60.00) | 0.00 | | 0.00 | | 0.00 | |
| 040212 040312 | 0320 | (1) / 0 | 473 | (984.00) | 0.00 | | 0.00 | | 0.00 | |
| 040212 040312 | 0360 | (1) / 0 | 473 | (50270.00) | 0.00 | | 0.00 | | 0.00 | |
| 040212 040312 | 0370 | (11) / 0 | 473 | (5198.00) | 0.00 | | 0.00 | | 0.00 | |
| 040212 040312 | 0636 | (5) / 0 | 473 | (247.40) | 0.00 | | 0.00 | | 0.00 | |
| 040212 040312 | 0710 | (2) / 0 | 473 | (946.00) | 0.00 | | 0.00 | | 0.00 | |
| Claim Total | | Paid To-P | | ($60041.25) | ($54971.23) | $0.00 | $0.00 | ($55070.02) A | ($54971.23) | PGR |
| 040212 040312 | | 1 / 1 | 473 | 0.00 | 54971.23 | | 0.00 | 35630.02 A | 54971.23 | G31 |
| 040212 040312 | 0121 | 1 / 0 | 473 | 1850.00 | 0.00 | | 0.00 | | 0.00 | 741 |
| 040212 040312 | 0250 | 32 / 0 | 473 | 377.20 | 0.00 | | 0.00 | | 0.00 | 741 |
| 040212 040312 | 0258 | 3 / 0 | 473 | 90.65 | 0.00 | | 0.00 | | 0.00 | 741 |
| 040212 040312 | 0270 | 1 / 0 | 473 | 82.00 | 0.00 | | 0.00 | | 0.00 | 741 |
| 040212 040312 | 0271 | 3 / 0 | 473 | 118.00 | 0.00 | | 0.00 | | 0.00 | 741 |
| 040212 040312 | 0272 | 11 / 0 | 473 | 4059.00 | 0.00 | | 0.00 | | 0.00 | 741 |
| 040212 040312 | 0278 | 10 / 0 | 473 | 26350.00 | 0.00 | | 0.00 | | 0.00 | 741 |
| 040212 040312 | 0320 | 1 / 0 | 473 | 984.00 | 0.00 | | 0.00 | | 0.00 | 741 |
| 040212 040312 | 0360 | 1 / 0 | 473 | 50270.00 | 0.00 | | 0.00 | | 0.00 | 741 |
| 040212 040312 | 0370 | 11 / 0 | 473 | 5198.00 | 0.00 | | 0.00 | | 0.00 | 741 |
| 040212 040312 | 0623 | 3 / 0 | 473 | 129.00 | 0.00 | | 0.00 | | 0.00 | 741 |
| 040212 040312 | 0636 | 5 / 0 | 473 | 247.40 | 0.00 | | 0.00 | | 0.00 | 741 |
| 040212 040312 | 0710 | 2 / 0 | 473 | 946.00 | 0.00 | | 0.00 | | 0.00 | 741 |
| Claim Total | | Paid To-P | | $90601.25 | $54971.23 | $0.00 | $0.00 | $35630.02 | $54971.23 | |

MOSS-ADAMS LLP



# Exhibit H

PREMERA BLUE CROSS
PO BOX 327
SEATTLE, WA 98111

CLAIM
REMITTANCE
NOTICE

ALASKA NATIVE MEDICAL CENTER
PO BOX 196678
ANCHORAGE, AK 995196678

PROVIDER NPI: 1053924458
DATE: 03/23/2013
CHECK/EFT #: 20130323149003190HPRA15265078
PAGE #: 1

| REND PROV | SERV DATE | POS NOS | PROC | MODS | BILLED | ALLOWED | DEDUCT | COINS | GRP/RC-AMT | | PROV PD |
|---|---|---|---|---|---|---|---|---|---|---|---|

NAME
PT RESP 85083.67
ADJ TO TOTALS: PREV PD

HIC 100139508        ACNT 3003276480                    ICN 825653509900        ASG N    MOA
CLAIM TOTALS    102073.60    0.00    0.00 16989.93                    0.00    16989.93
INTEREST    0.00    LATE FILING CHARGE    0.00    NET 16989.93
PR-2 16989.93    PR-38 68093.74

| TOTALS | # OF CLAIMS | BILLED AMT | ALLOWED AMT | DEDUCT AMT | COINS AMT | TOTAL RC-AM | PROV PD AMT | PROV ADJ AMT | CHECK AMT |
|---|---|---|---|---|---|---|---|---|---|
| | 1 | 102073.60 | 0.00 | 0.00 | 16989.93 | 0.00 | 16989.93 | 0.00 | 332089.20 |

GLOSSARY : GROUP, REASON, MOA, REMARK AND REASON CODES
Code        Description
2        Coinsurance Amount
38        Services not provided or authorized by designated (network/primary care)
         providers.

PREMERA BLUE CROSS BLUE SHIELD OF ALASKA
P.O. Box 240609  Anchorage, AK 99524

Page C- 19
Date of Payment: MARCH 23, 2013
Check Number: 0015265078
Payment Reference #: 20130323146900319
Provider Number: 104464104484
Provider Tax ID Number: 920162721
NPI ID: 1093924458

ALASKA NATIVE MEDICAL CENTER
PO BOX 196678
ANCHORAGE AK 99519

MARCH 23, 2013
DETAILED EXPLANATION OF PAYMENT

Patient Name / Subscriber # & PT Suffix / Patient Account # / Subscriber Name / Claim # / Provider of Service / Product

ALV 100139508-01
3003278480
ALASKA NATIVE MEDICAL CEN
AK HERITAGE PLUS

| SERVICE DATES | CODE/MODIFIER | UNITS BILLED / ALLOWED | APC/APG/DRG/ROOM TYPE | BILLED CHARGES | INFORMATIONAL ALLOWED AMOUNT | PROVIDER ADJUSTMENT (A)/DISALLOWED (D) | OTHER INSURANCE ADJUSTMENT | PATIENT LIABILITY FEE ADJUST (A)/COB SAV APP (B)/COINSURANCE (C)/DEDUCTIBLE (D)/FUNDING ACCT (F)/INELIGIBLE (I)/COPAY (P) | PAYABLE AMOUNT | REASON REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|
| 022013 022213 | 0121 | 2 / 2 | 583 | 4070.00 | 33979.86 | | 0.00 | 16989.93 C / 68093.74 A | 16989.93 | 835 |
| 022013 022213 | 0050 | 83 / 0 | 583 | 595.36 | 0.00 | | 0.00 | | 0.00 | 741 |
| 022013 022213 | 0058 | 10 / 0 | 583 | 252.05 | 0.00 | | 0.00 | | 0.00 | 741 |
| 022013 022213 | 0270 | 1 / 0 | 583 | 346.00 | 0.00 | | 0.00 | | 0.00 | 741 |
| 022013 022213 | 0272 | 19 / 0 | 583 | 4725.00 | 0.00 | | 0.00 | | 0.00 | 741 |
| 022013 022213 | 0278 | 2 / 0 | 583 | 7700.00 | 0.00 | | 0.00 | | 0.00 | 741 |
| 022013 022213 | 0312 | 11 / 0 | 583 | 4274.00 | 0.00 | | 0.00 | | 0.00 | 741 |
| 022013 022213 | 0380 | 1 / 0 | 583 | 68453.00 | 0.00 | | 0.00 | | 0.00 | 741 |
| 022013 022213 | 0370 | 16 / 0 | 583 | 8630.00 | 0.00 | | 0.00 | | 0.00 | 741 |
| 022013 022213 | 0424 | 1 / 0 | 583 | 378.00 | 0.00 | | 0.00 | | 0.00 | 741 |
| 022013 022213 | 0623 | 11 / 0 | 583 | 1516.00 | 0.00 | | 0.00 | | 0.00 | 741 |
| 022013 022213 | 0636 | 1 / 0 | 583 | 12.20 | 0.00 | | 0.00 | | 0.00 | 741 |
| 022013 022213 | 0710 | 2 / 0  Paid To:P | 583 | 782.00 | 0.00 | | 0.00 | | 0.00 | 741 |
| Claim Total | | | | $102073.60 | $33979.86 | $0.00 | $0.00 | $85083.67 | $16989.93 | |

MOSS-ADAMS LLP

# Exhibit I:



PREMERA BLUE CROSS
PO BOX 327
SEATTLE, WA 98111

CLAIM
REMITTANCE
NOTICE

ALASKA NATIVE MEDICAL CENTER
PO BOX 196678
ANCHORAGE, AK 995196678

PROVIDER NPI:   1093924458
DATE:           08/25/2012
CHECK/EFT #:    20120825141043800EPRA14490151
PAGE #:         1

| REND PROV | SERV DATE | POS NOS | PROC | MODS | BILLED | ALLOWED | DEDUCT | COINS | GRP/RC-AMT | | PROV PD |
|---|---|---|---|---|---|---|---|---|---|---|---|
| NAME | | | HIC 100379849 | ACNT 3001442729 | | | | ICN 823564439700 | | ASG N | MOA |
| PT RESP | 60649.60 | | CLAIM TOTALS | | 60649.60 | 0.00 | 0.00 | 0.00 | | | 0.00 |
| ADJ TO TOTALS: PREV PD | | | INTEREST | | 0.00 | LATE FILING CHARGE | | | | 0.00 | NET | 0.00 |
| | | | | | | | | | | PR-227 | 60649.60 |

| TOTALS | # OF CLAIMS | BILLED AMT | ALLOWED AMT | DEDUCT AMT | COINS AMT | TOTAL RC-AM | PROV PD AMT | PROV ADJ AMT | CHECK AMT |
|---|---|---|---|---|---|---|---|---|---|
| | 1 | 60649.60 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 300517.02 |

GLOSSARY : GROUP, REASON, MOA, REMARK AND REASON CODES
Code      Description
227       Information requested from the patient/insured/responsible party was not
          provided or was insufficient/incomplete. At least one Remark Code must be
          provided (may be comprised of either the NCPDP Reject Reason Code, or
          Remittance Advice Remark Code that is not an ALERT.)

PREMERA | BLUE CROSS BLUE SHIELD OF ALASKA

P.O. Box 240609
Anchorage, AK 99524

ALASKA NATIVE MEDICAL CENTER
PO BOX 196678
ANCHORAGE AK 99519

Date of Payment: AUGUST 25, 2012
Check Number: OO144690151
Payment Reference #: 201209251410438O
Provider Number: 104464104464
Provider Tax ID Number: 920192721
NPI ID: 1003924458

## AUGUST 25, 2012
## DETAILED EXPLANATION OF PAYMENT

| Patient Name / Subscriber # & PT Suffix / Patient Account # / Subscriber Name / Claim # / Provider of Service / Product | SERVICE DATES | CODE / MODIFIER | ALLOWED / BILLED UNITS | APC/ APG/ ORG/ ROOM TYPE | BILLED CHARGES | INFORMATIONAL ALLOWED AMOUNT | PROVIDER ADJUSTMENT (A) DISALLOWED (D) | OTHER INSURANCE ADJUSTMENT | PATIENT LIABILITY: FEE ADJUST (A)/ COB SAV APP (B)/ COINSURANCE (C)/ DEDUCTIBLE (D)/ FUNDING ACCT (F)/ INELIGIBLE (I)/ COPAY (P) | PAYABLE AMOUNT | REASON REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| NNQ 100370849-06 | 050712 051012 | 0121 | 3 / 0 | 132 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 453 |
| 3OO1442729 | 050712 051012 | 0250 | 3 / 0 | 132 | 6105.00 | 0.00 | | 0.00 | 6105.00  I | 0.00 | 453 |
| | 050712 051012 | 0260 | 30 / 0 | 132 | 544.20 | 0.00 | | 0.00 | 544.20  I | 0.00 | 453 |
| | 050712 051012 | 0258 | 28 / 0 | 132 | 976.40 | 0.00 | | 0.00 | 976.40  I | 0.00 | 453 |
| 823564499700 | 050712 051012 | 0270 | 3 / 0 | 132 | 93.00 | 0.00 | | 0.00 | 93.00  I | 0.00 | 453 |
| ALASKA NATIVE MEDICAL CEN | 050712 051012 | 0271 | 8 / 0 | 132 | 182.00 | 0.00 | | 0.00 | 182.00  I | 0.00 | 453 |
| AK HERITAGE SELECT | 050712 051012 | 0272 | 1 / 0 | 132 | 233.00 | 0.00 | | 0.00 | 233.00  I | 0.00 | 453 |
| | 050712 051012 | 0278 | 1 / 0 | 132 | 2780.00 | 0.00 | | 0.00 | 2780.00  I | 0.00 | 453 |
| | 050712 051012 | 0294 | 1 / 0 | 132 | 29.00 | 0.00 | | 0.00 | 29.00  I | 0.00 | 453 |
| | 050712 051012 | 0305 | 1 / 0 | 132 | 179.00 | 0.00 | | 0.00 | 179.00  I | 0.00 | 453 |
| | 050712 051012 | 0361 | 1 / 0 | 132 | 2052.00 | 0.00 | | 0.00 | 2052.00  I | 0.00 | 453 |
| | 050712 051012 | 0360 | 2 / 0 | 132 | 38417.00 | 0.00 | | 0.00 | 38417.00  I | 0.00 | 453 |
| | 050712 051012 | 0370 | 11 / 0 | 132 | 3542.00 | 0.00 | | 0.00 | 3542.00  I | 0.00 | 453 |
| | 050712 051012 | 0450 | 2 / 0 | 132 | 2806.00 | 0.00 | | 0.00 | 2806.00  I | 0.00 | 453 |
| | 050712 051012 | 0710 | 7 / 0 | 132 | 2712.00 | 0.00 | | 0.00 | 2712.00  I | 0.00 | 453 |
| | Claim Total | | | | $60649.60 | $0.00 | | $0.00 | $60649.60 | $0.00 | |
| | Paid To: | | | | | | $0.00 | | | | |

RECEIVED