# EXHIBIT B

# ADAMS DECLARATION AND EXHIBITS FILED UNDER SEAL