ANTHC billed amount compared to insurer allowed amount:



ANTHC billed amount compared to insurer paid amount:

